### L. T. BYRD v. J. A. SEXTON.

#### (Filed 20 March, 1912.)

**Appeal and Error—Criticism of Counsel—Expression of Opinion.**

It being admitted by the parties to this appeal that the trial judge criticised counsel in language tantamount to an expression of opinion, in violation of the statute, a new trial is ordered.

APPEAL from *Peebles, J.,* at November Term, 1911, of HARNETT.

Civil action. Certain issues were submitted to the jury, who returned a verdict in favor of the defendant.

*R. L. Godwin, E. F. Young, and N. A. Townsend for plaintiff.*
*D. H. McLean & Son and J. C. Clifford for defendant.*

PER CURIAM. The third assignment of error of the appellant relates to remarks of the court criticising the counsel, and to language used by the court, which it is claimed is tantamount to an expression of opinion upon the facts, in violation of the statute. Upon the call of this appeal the counsel for the appellee admits to the Court that the assignment of error is well taken, and that language was used tantamount to an expression of opinion, and consents to a new trial.

It is, therefore, ordered that a new trial be granted.

New trial.